STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK (CBN 119926)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8561
    Facsimile: (213) 894-7819
    E-mail: jon.klinck@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>60.00 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDION COUNTY, STATE OF CALIFORNIA; WESTWARD ENTERPRISES, A CALIFORNIA CORPORTATION; DAVID RUPPERT; WEST COAST DEVELOPMENT CO, INC; CLARA STAPLES; SAFECO TITLE INSURANCE; AND SAN BERNARDINO COUNTY TAX COLLECTOR, et al.,<br><br>    Defendants. | No. EDCV 13-1468-GW(OPx)<br><br>FINDINGS OF FACT AND CONCLUSIONS OF LAW<br><br><br><br>Trial:  May 5, 2015<br><br>Time:  9:00 a.m.<br><br><br><br>The Honorable George H. Wu |

Trial by narrative statement pursuant to Local Rule 43-1 commenced on May 5, 2015, at 9:00 a.m.  Plaintiff United States submitted its Trial Brief and the Declarations of Robert W. Colangelo and Warren H. Neville, and appeared by Assistant United States Attorney Jonathan B. Klinck.  Third Party Creditor State of California Franchise Tax Board ("FTB") filed its Notice of State Tax Lien on March 4, 2015 (Dkt. #27.)  No

appearance was made by any named defendant.  Having reviewed the pleadings and papers filed herein, and argument of counsel having been heard, the Court makes these Findings of Fact and Conclusions of Law pursuant to F.R.Civ. P. 52.

## I. FINDINGS OF FACT

### A. THE SUBJECT PROPERTY

1. This is an action by the United States to condemn real property in fee simple.  The property is described as follows ("Subject Property"):

> The Northwest ¼ of the Northwest ½ and the North ½ of the Southwest ¼ of the Northwest ¼ of Section 16, Township 13 North, Range 1 East, San Bernardino Meridian, in the County of San Bernardino, State of California, according to the official plat thereof.  This Tract 839 is also known as Assessor's Parcel Number 051-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, containing 60.00 acres, more or less.

Declaration of Robert W. Colangelo ("Colangelo Decl.")  ¶ 2.

### B. PROCEDURAL HISTORY

2. <u>The Taking of the Subject Property by the United States</u>

Plaintiff's agency the Army Corps of Engineers ("COE") and defendant Westward Enterprises entered into an Accepted Offer whereby Westward Enterprises agreed to sell the Subject Property to the COE for the sum of $78,000.  Declaration of Robert W. Colangelo ("Colangelo Decl.") ¶ 4, Exhibit A.  The COE and defendant Westward Enterprises were unable to complete the transaction because the COE is obliged to obtain an ALTA policy of title insurance when it obtains real property by purchase, and the title insurer would not issue such as policy because Westward Enterprises was a suspended corporation.  Colangelo Decl. ¶ 6.  This action was filed on August 16, 2014 (Dkt. #1).  Notice of Condemnation, including the Declaration of Taking, and the Notice of Deposit of Just Compensation were filed on September 9, 2013 (Dkt. ## 4-6), at which time title in fee simple vested in  the United States.  40 U.S.C. § 3114(b).  Plaintiff filed its *ex parte* application for Order of Delivery of Possession on September 10, 2013 (Dkt. # 7)

1  and the November 27, 2013 Order for Possession (Dkt. #9) was issued.  Defendant San
2  Bernardino County Tax Collector filed its Disclaimer on October 2, 2013 (Dkt. # 10).
3  Plaintiff filed its Notice of Filing Waivers of Service of Judicial Process on January 15,
4  2014 (Dkt.# 12).  As of the date of trial, no named defendant has made an appearance.

  **C. Title to the Subject Property Was Held by Westward Enterprises Prior to Taking by the United States**

  3. Before title in fee simple vested in the United States on September 9, 2015, title was held by defendant Westward Enterprises, a California corporation ("Westward Enterprises").  Colangelo Decl. ¶ ¶ 2 and 5.

  **D. Westward Enterprises Owed the FTB Taxes Since 1983, and Was a Suspended Corporation at the Time Title Vested in the United States and at the Time of the Accepted Offer**

  4. As shown by the records of the California Secretary of State filed in this action, Westward Enterprises failed to pay taxes due to the Franchise Tax Board ("FTB") since 1983, which amounted to the sum of $76,492.56, and daily interest in the sum of $6.29 from February 19, 2015, as of the date the FTB filed its Notice of Lien. Notice of State Tax Lien (Dkt. #27).  As of May 5, 2015 trial date, the amount of the tax lien is [75 days x $6.29 = $471.75 + $76,429.56 = $76,964.31] Seventy-Six Thousand, Nine Hundred Sixty-Four Dollars and Thirty-One Cents ($76,964.31).

**II. CONCLUSIONS OF LAW**

  **A. JURISDICTION**

  5. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1358.

  **B. SINCE JURY TRIAL HAS NOT BEEN DEMANDED THE TRIAL MAY PROCEED BEFORE THE BENCH WITHOUT A JURY**

  6. The United States has not demanded jury trial.  The FTB, the only other entity to have appeared, has not demanded jury trial.  Accordingly, this action may proceed to trial before the bench without a jury.  <u>Zahn v. Geren</u>, 697 Fed. Appx. 696, 697 (9th Cir. 2007).

### C. WESTWARD ENTERPRISES IS A SUSPENDED CALIFORNIA CORPORATION

7. F.R.Civ.P. 17(b)(2) establishes that the capacity of a corporate litigant to sue or be sued in a federal case is determined by the state law under which the corporation is organized. Westward Enterprises is a California corporation. Colangelo Decl. ¶ 4. California Revenue and Taxation Code § 23301 suspends the rights and privileges of California corporations which fail to pay FTB taxes and suspended corporations cannot prosecute or defend actions, including federal appeals. Matter of Christian & Porter Aluminum Co., 584 F.2d 326, 331 (9th Cir. 1978). Pursuant to California Revenue Code § 23304.1, any contract entered into by a suspended corporation is voidable.

### D. The FTB Notice of Lien is *Prima Facie* Evidence of the FTB Lien, and Has Not Been Contested by Any Defendant

8. Pursuant to California Revenue & Taxation Code § 19374, the Certificate of Tax Due and Delinquency, which was attached as Exhibit A to the Notice of State Tax Lien (Dkt. #27), is *prima facie* evidence of the levy of the tax, penalties, and interest, and of FTB's compliance with the statutes relating to the computation and levy of the tax. The United States does not contest the validity or amount of FTB's tax lien, nor has any named defendant contested its validity.

### E. The Court Has the Authority to Determine the Amount of Just Compensation and to Whom That Compensation Is To Be Paid

9. Pursuant to F.R.Civ.P. 71.1 and the Declaration of Taking Act, 40 U.S.C. § 3114, the two issues before the Court are: (1) the amount of just compensation as of the September 9, 2013 date of taking by the United States; and (2) the distribution of the just compensation. The Court has the authority to determine to whom and how much an award in condemnation should be paid and it has authority to "make just and equitable orders in respect of encumbrances, liens, rents, taxes, assessments, insurance and other

charges. 40 U.S.C. § 3224(d). See also F.R.Civ.P. 71.1(h); United States v. 14.02 Acres of Land More or Less in Fresno County, 547 F.3d 943, 954 (9th Cir. 2008).

### 1. Just Compensation

10. Plaintiff has obtained an appraisal report by Warren H. Neville, MAI, which opines that the value of the Subject Property as of the September 9, 2013 date of taking was $21,600. Declaration of Warren H. Neville ¶ 2, Exhibit A. However, Plaintiff entered into an August 15, 2006 Accepted Offer with Westward Enterprises in the far higher sum of $78,000. Colangelo Decl. ¶ 4, Exhibit A. The United States is bound by the Accepted Offer, and therefore the just compensation for the Subject Property is $78,000.

### 2. FTB Lien

11. As shown by the records of the California Secretary of State filed in this action, Westward Enterprises failed to pay taxes, penalties and interest due to the Franchise Tax Board ("FTB") from 1983, which now amounts to the sum of $76,492.56, and daily interest in the sum of $6.29 from February 19, 2015, the date the FTB filed its Notice of Lien. Notice of State Tax Lien (Dkt. #27.) Thus, as of May 5, 2015 trial date, the amount of the tax lien will be Seventy-Six Thousand, Nine Hundred Sixty-Four Dollars and Thirty-One Cents ($76,964.31). Neither the United States nor any defendant has disputed the validity of the lien.

### 3. Distribution of Just Compensation

12. Prior to the September 9, 2013 taking by the United States, the Subject Property was owned by Westward Enterprises, a suspended California corporation. Colangelo Decl. ¶ 5.

13. After deduction of the $76,492.56 FTB lien from the deposited estimated compensation of $78,000, a balance of $1,507.44 will remain, less $6.29 daily interest incurred after the May 5, 2015 trial date.

14. Westward Enterprises is entitled to recover the balance of any portion of the $78,000 not paid to FTB, if it can submit proof to the Court that it has been revived as a

corporation in good standing by the California Secretary of State.

15. Title to the Subject Property is vested in the United States in fee simple.

16. The FTB is entitled to the sum of $76,964.31, together with daily interest in the sum of $6.29 after the May 5, 2015 trial date.

17. The Clerk shall return to the United States Treasury any part of the $78,000 deposited by the United States which remain uncollected five years after the entry of judgment herein.

DATED: May 5, 2015

_____
GEORGE H. WU, U.S. District Judge

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8561
Facsimile: (213) 894-7819
E-mail: jon.klinck@usdoj.gov

*/s/ Jonathan B. Klinck*
JONATHAN B. KLINCK

Attorneys for Plaintiff United States of America