STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK (CBN 119926)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8561
    Facsimile: (213) 894-7819
    E-mail: jon.klinck@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>60.00 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDION COUNTY, STATE OF CALIFORNIA; WESTWARD ENTERPRISES, A CALIFORNIA CORPORTATION; DAVID RUPPERT; WEST COAST DEVELOPMENT CO, INC; CLARA STAPLES; SAFECO TITLE INSURANCE; AND SAN BERNARDINO COUNTY TAX COLLECTOR, et al.,<br><br>    Defendants. | No. EDCV 13-1468-GW(OPx)<br><br>JUDGMENT<br><br><br><br>Trial: May 5, 2015<br>Time: 9:00 a.m.<br><br><br><br>The Honorable George H. Wu |

    Trial by narrative statement pursuant to Local Rule 43-1 commenced on May 5, 2015, at 9:00 a.m. Plaintiff submitted its Trial Brief and the Declarations of Robert W. Colangelo and Warren H. Neville, and appeared by Assistant United States Attorney Jonathan B. Klinck. Third Party Creditor State of California Franchise Tax Board ("FTB") filed its Notice of State Tax Lien on March 4, 2015 (Dkt. #27.) No appearance

was made by any named defendant.  Having reviewed the pleadings and papers filed herein, and argument of counsel having been heard, the Court made Findings of Fact and Conclusions of Law pursuant to F.R.Civ. P. 52.

    Based on the foregoing, it is ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff United States is vested with title in fee simple to the property legally described as follows ("Subject Property"):

   The Northwest ¼ of the Northwest ½ and the North ½ of the Southwest ¼ of the Northwest ¼ of Section 16, Township 13 North, Range 1 East, San Bernardino Meridian, in the County of San Bernardino, State of California, according to the official plat thereof.  This Tract 839 is also known as Assessor's Parcel Number 051-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, containing 60.00 acres, more or less;

2. The just compensation for the Subject Property is the sum of $78,000;

3. The California Franchise Tax Board ("FTB") shall recover the sum of $76,964.31 as of the May 5, 2015 trial date, and daily interest in the sum of $6.29 after trial;

4. Westward Enterprises is entitled to recover the balance of any portion of the $78,000 not paid to FTB, if it can submit proof to the Court that it has been revived as a corporation in good standing by the California Secretary of State; and

///
///
///
///
///
///
///
///

5. The Clerk shall return to the United States Treasury any part of the $78,000 which remains uncollected five years after the entry of judgment herein.

DATED: May 5, 2015

*[signature: George H. Wu]*

_____
GEORGE H. WU, U.S. District Judge

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8561
Facsimile: (213) 894-7819
E-mail: jon.klinck@usdoj.gov


*/s/ Jonathan B. Klinck*
JONATHAN B. KLINCK

Attorneys for Plaintiff United States of America